## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Universal Beauty Products, Inc
                              Plaintiff,

v.                                              Case No.: 1:17−cv−04840
                                                Honorable Charles R. Norgle Sr.

Maxim Beauty Products, Inc
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 28, 2019:

      MINUTE entry before the Honorable Charles R. Norgle: The status hearing set for March 29, 2019 is stricken. The motion to enforce settlement agreement remains under advisement. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.