FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNIVERSAL BEAUTY PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAXIM BEAUTY PRODUCTS, INC. and SUNG HWAN PARK, <br><br> Defendants. | No. 17-CV-04840 <br><br> Magistrate Judge Jeffrey Cole |

**AGREED MOTION FOR SUBSTITUTION OF ATTORNEYS**

NOW COME Defendants, MAXIM BEAUTY PRODUCTS, INC. and SUNG HWAN PARK ("Defendants"), by and through the undersigned attorneys, and hereby move this Honorable Court, in accordance with the attached Substitution of Attorneys, to permit the attorneys of VEDDER PRICE P.C. to withdraw their previously filed appearances on behalf of Defendants and for the law firm of LOFTUS & EISENBERG, LTD to substitute its appearance on Defendants' behalf. In support of its Motion, Defendants state as follows:

1. Defendants are presently represented by Robert S. Rigg and John K. Burke of VEDDER PRICE P.C.

2. Defendants would like to substitute the law firm of LOFTUS & EISENBERG, LTD as its new counsel. Defendants will be represented by Alexander N. Loftus and David Eisenberg.

3. Allowing this substitution will not result in any delay or prejudice to Plaintiff. Defendant Sung Hwan Park has not yet filed a responsive pleading and discovery has not begun. Moreover, Plaintiff's counsel has indicated that Plaintiff does not oppose this Motion.

4. VEDDER PRICE P.C. has reviewed this motion and stipulates to the relief requested herein.

5. Accordingly, Defendants respectfully request that the Court grant permission for VEDDER PRICE P.C. to withdraw as counsel for Defendants and allow LOFTUS & EISENBERG, LTD to file a substitute appearance on behalf of both Defendants

Respectfully submitted,

MAXIM BEAUTY PRODUCTS, INC. and SUNG HWAN PARK

By: /s/ *Alexander N. Loftus*
One of Their Attorneys

Alexander N. Loftus, Esq.
(alex@loftusandeisenberg.com)
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
Telephone No.: 312-772-5396

Dated: October 28, 2020

VEDDER PRICE P.C.

By: /s/ *John K. Burke*
One of its Attorneys

Robert S. Rigg, Bar No. 6203991
John K. Burke, Bar No. 6312447
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T: +1 312 609 7500

Dated: October 28, 2020

FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNIVERSAL BEAUTY PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAXIM BEAUTY PRODUCTS, INC. and SUNG HWAN PARK, <br><br> Defendants. | No. 17-CV-04840 <br><br> Magistrate Judge Jeffrey Cole |

## SUBSTITUTION OF ATTORNEYS

We hereby withdraw our appearances as attorneys for Defendants, MAXIM BEAUTY PRODUCTS, INC. and SUNG HWAN PARK.

/s/ *John K. Burke, Esq.*
    Robert S. Rigg, Esq.
    John K. Burke, Esq.
    VEDDER PRICE P.C.

We hereby file our appearances as substitute attorneys for Defendants, MAXIM BEAUTY PRODUCTS, INC. and SUNG HWAN PARK

/*/s/ Alexander N. Loftus*
Alexander N. Loftus
Loftus & Eisenberg, Ltd.


Alexander N. Loftus, Esq. (alex@loftusandeisenberg.com)
David Eisenberg, Esq. (david@loftusandeisenberg.com)
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
Telephone No.: 312-772-5396

## CERTIFICATE OF SERVICE

I certify that on October 28, 2020, the foregoing Joint Motion was filed electronically using the Court's CM/ECF system.